# Court of Appeals
# of the State of Georgia

ATLANTA,  June 21, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1300. BRANDON ROGERS v. THE STATE.

After being convicted of four counts of child molestation and invasion of privacy, Brandon Rogers filed a motion for new trial. The trial court entered an order denying the motion on February 8, 2022. On March 21, 2022, Rogers filed a notice of appeal from the order. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-38 (a). In his notice of appeal, Rogers states that the defense did not receive notice of the court's decision until March 8, 2022. But "[t]he proper and timely filing of the notice of appeal is an *absolute requirement* to confer jurisdiction upon the appellate court," and the absence of notice cannot itself extend the time for filing a notice of appeal. *Veasley v. State*, 272 Ga. 837, 838 (537 SE2d 42) (2000). Rogers's notice of appeal was untimely, as it was filed 41 days after entry of the order he seeks to appeal. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.

To the extent that the trial court did not provide Rogers with timely notice of its order, his remedy is to petition the trial court to set aside and re-enter the order as a means of correcting the problem. See *Pierce v. State*, 289 Ga. 893, 894-895 (2) (717 SE2d 202) (2011).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/21/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , *Clerk.*